Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR21-135 RAJ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION TO |
| vs. | ) | MODIFY TERMS CONCERNING |
| | ) | SURRENDER OF PASSPORT BY |
| AYDEN LEE, | ) | DEFENDANT AYDEN LEE |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come before the Court on a stipulated motion of the parties for a modification of the terms of release concerning the surrender of passport by defendant Ayden Lee, and the Court having considered the facts and circumstances set forth in the motion and the records and files herein and good cause appearing therefore:

IT IS HEREBY ORDERED that the the terms of Mr. Lee's release concerning the surrender of his passport are modified as follows:

> Defendant Ayden Lee is to surrender his passport to his attorney, Carleen R. Arlidge, to be held by Attorney Arlidge until further order by this Court. Defendant Ayden Lee shall not apply for/obtain a new passport or travel document from any county without permission of the court.

Mr. Lee is to surrender his passport to his attorney by October 22, 2021, as previously ordered.

/ /

1

IT IS FURTHER ORDERED that all other conditions of pretrial release remain in full force and effect.

DATED this 18th day of October, 2021

_____
HON. RICHARD A. JONES
United States District Judge

Presented by:

*/s/*_____
CARLEEN R. ARLIDGE
Attorney for Ayden Lee

*/s/*_____
JUSTIN ARNOLD
Assistant United States Attorney