The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-cr-00135-RAJ |
| Plaintiff, | ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION |
| v. | |
| AYDEN LEE, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Ayden Lee's motion for early termination of his term of probation. There being no opposition, and good cause having been shown as set forth in Defendant's moving papers,

IT IS ORDERED that Defendant's motion (Dkt. 135) is **GRANTED**. Pursuant to 18 U.S.C. §3564(c), Defendant Ayden Lee's term of probation in this case is terminated and Mr. Lee is discharged.

DATED this 17th day of January, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1